UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD SHOOK,<br><br>    Defendant. | Case No.: 12-074-S-BLW<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT RICHARD SHOOK |

The Court having reviewed the Government's Motion to Dismiss Indictment against defendant Richard Shook (Docket No. 27) in this matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Motion (docket no. 27) is GRANTED.  The Indictment against defendant Richard Shook is dismissed.

DATED: June 14, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court